**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 04-61309-CIV-GOLD/TURNOFF**

**WILMA HARLEY,**

      **Plaintiff,**

**v.**

**HEALTH CENTER OF COCONUT**
**CREEK, et al.,**

      **Defendants.**
_____/

## ORDER OF REFERRAL

THIS CAUSE comes before the Court on the Motion for Attorney's Fees and the Motion for

Taxation of Costs [DE 219, DE 220], both filed on February 7, 2008. Having reviewed the Motions,

I have determined that, pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules

of the Southern District of Florida, I am referring the Motions to United States Magistrate Judge

William C. Turnoff to take all necessary and proper action as required by law.

Because this case is being appealed to the Eleventh Circuit, however, this matter is stayed

pending the appeal. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

1.     The Motions [DE 219, DE 220] are REFERRED to Magistrate Judge Turnoff.

2.     These matters are stayed pending the appeal to the Eleventh Circuit.

**DONE AND ORDERED** in Chambers, in Miami, Florida, this ___ day of February, 2008.

**THE HONORABLE ALAN S. GOLD**
**UNITED STATES DISTRICT COURT**

Copies furnished to:
United States Magistrate Judge William Turnoff
All Counsel of Record