UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-61309-CIV-GOLD/TURNOFF

WILMA HARLEY,

    Plaintiff,

v.

THE HEALTH CENTER OF COCONUT
CREEK, INC., et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR CLARIFICATION; GRANTING EXTENSION OF TIME TO FILE REPLY

THIS CAUSE comes before the Court on Plaintiff's Motion for Clarification [DE 232] filed on February 28, 2008. In this Motion, Plaintiff requests that I clarify which matters are stayed pending appeal, and Plaintiff requests that it be allowed to file its reply with regards to its Motions for Fees and to Tax Costs [DE 219, DE 220] after the Eleventh Circuit issues its mandate. Having reviewed this Motion and these matters, I clarify that the Motions for Fees and Costs [DE 219, DE 220] are stayed pending appeal. Therefore, Plaintiff may file its reply after the mandate is issued by the Eleventh Circuit. However, execution on the judgment may proceed, as directed in my prior order of referral to Magistrate Judge Turnoff. Accordingly, it is hereby

    ORDERED AND ADJUDGED that

    1.    The Motion for Clarification [DE 232] is GRANTED as explained in this Order.

    2.    Plaintiff shall file its Reply with respect to the Motions for Fees and to Tax Costs [DE 219, DE 220] within 10 days after the Eleventh Circuit issues its

mandate.

DONE AND ORDERED in Chambers in Miami, Florida this 5 day of March, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge William C. Turnoff
All counsel of record