UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-61309-CIV-GOLD/TURNOFF

WILMA HARLEY,

    Plaintiff,

v.

HEALTH CENTER OF COCONUT
CREEK, INC., et al.,

    Defendants,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION; DENYING MOTION FOR WRIT OF EXECUTION WITHOUT PREJUDICE

THIS CAUSE comes before the Court on the Report and Recommendation [DE 245] issued by Magistrate Judge Turnoff on March 24, 2008 on Plaintiff's Motion for Writ of Execution [DE 224]. In this Motion, Plaintiff requests an order that directs the U.S. Marshall to enter Defendant's business and demand payment. If Defendant did not pay, Plaintiff would then request that the Court appoint a receiver to take control of Defendant's books and pay Plaintiff.

In the Report and Recommendation, Judge Turnoff concluded that other procedures, such as discovery in aid of execution and garnishment proceedings, should take place before the Plaintiff's requested writ of execution is granted. Judge Turnoff recommended that the Motion for Writ of Execution be denied without prejudice.

No party has filed any objection to this Report and Recommendation. Having reviewed the Motion, Response, and Reply, along with the case file, I adopt Judge Turnoff's Report and Recommendation and deny Plaintiff's Motion. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1. The Report and Recommendation [DE 245] is ADOPTED.

2. The Motion for Writ of Execution [DE 224] is DENIED without prejudice.

DONE AND ORDERED in Chambers in Miami, Florida this 24 day of April, 2008.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge William C. Turnoff
U.S. Magistrate Judge Chris McAliley
All counsel of record