UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-61309-CIV-GOLD/MCALILEY

WILMA HARLEY,

    Plaintiff,

v.

HEALTH CENTER OF COCONUT
CREEK, INC., et al.,

    Defendants,
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Settlement [DE 264] filed on May 30, 2008. Plaintiff represents in this Notice that the parties have settled this matter with respect to Plaintiff and with respect to attorney's fees and costs. Plaintiff requests a reasonable amount of time to file a joint stipulation of dismissal and proposed order because the parties must first dismiss the appeal currently before the Eleventh Circuit. Based on this Notice, I administratively close this case and grant the parties 60 days to file a joint stipulation of dismissal. Accordingly, it is hereby

    ORDERED AND ADJUDGED that

    1.    This case is ADMINISTRATIVELY CLOSED.

    2.    The parties shall file final documents to close this case within 60 days of the docketing of this order.

DONE AND ORDERED in Chambers in Miami, Florida this 3 day of June, 2008.

                                            THE HONORABLE ALAN S. GOLD
                                            UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record