UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-61309-CIV-GOLD/MCALILEY

WILMA HARLEY,

     Plaintiff,

v.

THE HEALTH CENTER OF COCONUT
CREEK, INC., et al.,

     Defendants.

_____/

**ORDER DISMISSING CASE WITH PREJUDICE;
DENYING MOTIONS AS MOOT; CLOSING CASE**

THIS CAUSE came before the Court on the parties' Stipulation of Voluntary Dismissal with Prejudice [DE 267], filed on July 15, 2008.  In this Stipulation, the parties represent that this matter has been settled, and they request that this action be dismissed with prejudice, with each side to bear their own attorney's fees and costs, unless otherwise agreed between them.  Having considered the Stipulation and the case file, it is hereby

ORDERED AND ADJUDGED that

1.  This action is dismissed with prejudice, with each party to bear their own respective costs and attorneys' fees, unless otherwise agreed between them.

2.  All pending Motions are DENIED AS MOOT.

3.  This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of July, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies provided to:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record